1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7                          FOR THE DISTRICT OF ARIZONA

8

9    Mark Anthony Morris,                    No. CV-14-02518-PHX-NVW (MHB)

10                     Petitioner,            **ORDER**

11   v.

12   Charles L. Ryan, et al.,

13                     Respondents.

14

15          Pending before the court is the Report and Recommendation ("R&R") of

16   Magistrate Judge Michelle H. Burns (Doc. 12) issued June 17, 2015, regarding

17   petitioner's Petition  for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc.

18   1).  The R&R recommends that the Petition be denied and dismissed with prejudice.  The

19   Magistrate Judge advised the parties that they had fourteen days to file objections to the

20   R&R.  (R&R at 12 (citing 28 U.S.C. § 636(b)(1); Rules 72, 6(a), 6(b), Federal Rules of

21   Civil Procedure).  No objections were filed.

22          Because the parties did not file objections, the court need not review any of the

23   Magistrate Judge's determinations on dispositive matters.  See 28 U.S.C. § 636(b)(1);

24   Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003);

25   *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any

26   review at all . . . of any issue that is not the subject of an objection.").  The absence of a

27   timely objection also means that error may not be assigned on appeal to any defect in the

28   rulings of the Magistrate Judge on any non-dispositive matters.  Fed. R. Civ. P. 72(a) ("A

1    party may serve and file objections to the order within 14 days after being served with a

2    copy [of the magistrate's order]. A party may not assign as error a defect in the order not

3    timely objected to."); *Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir.

4    1996); *Phillips v. GMC*, 289 F.3d 1117, 1120-21 (9th Cir. 2002).

5         Notwithstanding the absence of an objection, the court has reviewed the R&R and

6    finds that it is well taken.  The court will accept the R&R and dismiss the Petition.  *See*

7    28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in

8    whole or in part, the findings or recommendations made by the magistrate").

9         IT IS THEREFORE ORDERED that Report and Recommendation of the

10   Magistrate Judge (Doc. 12) is accepted.

11        IT IS FURTHER ORDERED that  the Clerk of the Court enter judgment denying

12   and dismissing petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C.

13   § 2254 (Doc. 1) with prejudice.  The Clerk shall terminate this action.

14        Having considered the issuance of a Certificate of Appealability from the order

15   denying Petitioner's Petition and Amended Petition for a Writ of Habeas Corpus, the

16   Court FINDS:  Certificate of Appealability and leave to proceed in forma pauperis on

17   appeal are **denied** because dismissal of the petition is justified by a plain procedural bar

18   and jurists of reason would not find the procedural ruling debatable.

19        Dated this 21st day of July, 2015.

20

21

22                                            Neil V. Wake
23                                      United States District Judge

24

25

26

27

28